CHARLES W. BAKER ET AL., APPELLANTS, v. CITY OF EAST ORANGE ET AL., RESPONDENTS.

Argued March 7, 1921—Decided June 20, 1921.

On appeal from the Supreme Court, whose opinion is reported in 95 *N. J. L.* 365.

For the appellants, *Church, Harrison & Roche.*

For the respondents, *T. McCurdy Marsh* and *William E. Sandmeyer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.   11.

*For reversal*—None.